Generated on: This page was generated by TSDR on 2013-10-22 09:38:38 EDT
Mark: COLOSSAL

# COLOSSAL

| | |
|---|---|
| US Serial Number: 85843172 | Application Filing Date: Feb. 07, 2013 |
| US Registration Number: 4421054 | Registration Date: Oct. 22, 2013 |
| Filed as TEAS Plus: Yes | Currently TEAS Plus: Yes |
| Register: Principal | |
| Mark Type: Trademark | |
| Status: Registered. The registration date is used to determine when post-registration maintenance documents are due. | |
| Status Date: Oct. 22, 2013 | |
| Publication Date: Aug. 06, 2013 | |

## Mark Information

Mark Literal Elements: COLOSSAL
Standard Character Claim: Yes. The mark consists of standard characters without claim to any particular font style, size, or color.
Mark Drawing Type: 4 - STANDARD CHARACTER MARK

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Ice cube molds; Ice cube molds for refrigerators
International Class(es): 021 - Primary Class
Class Status: ACTIVE
Basis: 1(a)
First Use: Oct. 01, 2012

U.S Class(es): 002, 013, 023, 029, 030, 033, 040, 050
Use in Commerce: Oct. 01, 2012

## Basis Information (Case Level)

| Filed Use: Yes | Currently Use: Yes | Amended Use: No |
|---|---|---|
| Filed ITU: No | Currently ITU: No | Amended ITU: No |
| Filed 44D: No | Currently 44D: No | Amended 44D: No |
| Filed 44E: No | Currently 44E: No | Amended 44E: No |
| Filed 66A: No | Currently 66A: No | |
| Filed No Basis: No | Currently No Basis: No | |

## Current Owner(s) Information

Owner Name: ICI USA, LLC
DBA, AKA, Formerly: DBA TOVOLO
Owner Address: 2825 Eastlake Ave. E, Ste. 230
Seattle, WASHINGTON 98102
UNITED STATES
Legal Entity Type: LIMITED LIABILITY COMPANY
State or Country Where Organized: WASHINGTON

## Attorney/Correspondence Information

### Attorney of Record

Attorney Name: Priya Sinha Cloutier
Attorney Primary Email Address: pcloutier@karrtuttle.com
Attorney Email Authorized: Yes

### Correspondent

EXHIBIT 1
PAGE 1

| | |
|---|---|
| Correspondent Name/Address: | PRIYA SINHA CLOUTIER<br>LANE POWELL PC<br>STE 2100<br>601 SW 2ND AVE<br>PORTLAND, OREGON 97204<br>UNITED STATES |
| Phone: 206.223.7022 | Fax: 503.778.2200 |
| Correspondent e-mail: trademarks@lanepowell.com | Correspondent e-mail Authorized: Yes |

Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 22, 2013 | REGISTERED-PRINCIPAL REGISTER | |
| Aug. 06, 2013 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Aug. 06, 2013 | PUBLISHED FOR OPPOSITION | |
| Jul. 17, 2013 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jun. 29, 2013 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 76568 |
| Jun. 25, 2013 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 24, 2013 | TEAS/EMAIL CORRESPONDENCE ENTERED | 76568 |
| Jun. 24, 2013 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 76568 |
| Jun. 17, 2013 | ASSIGNED TO LIE | 76568 |
| Jun. 11, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jun. 11, 2013 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| May 22, 2013 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| May 22, 2013 | NON-FINAL ACTION E-MAILED | 6325 |
| May 22, 2013 | NON-FINAL ACTION WRITTEN | 82430 |
| May 22, 2013 | ASSIGNED TO EXAMINER | 82430 |
| Feb. 13, 2013 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Feb. 11, 2013 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

TM Staff Information - None

File Location

Current Location: PUBLICATION AND ISSUE SECTION         Date in Location: Oct. 22, 2013



EXHIBIT 1
PAGE 2

# United States of America
### United States Patent and Trademark Office

# COLOSSAL

**Reg. No. 4,421,054**  ICI USA, LLC (WASHINGTON LIMITED LIABILITY COMPANY), DBA TOVOLO
2825 EASTLAKE AVE. E, STE. 230
**Registered Oct. 22, 2013**  SEATTLE, WA 98102

**Int. Cl.: 21**  FOR: ICE CUBE MOLDS; ICE CUBE MOLDS FOR REFRIGERATORS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

**TRADEMARK**  FIRST USE 10-1-2012; IN COMMERCE 10-1-2012.

**PRINCIPAL REGISTER**  THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-843,172, FILED 2-7-2013.

FRANK LATTUCA, EXAMINING ATTORNEY



Deputy Director of the United States Patent and Trademark Office

EXHIBIT 1
PAGE 3

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and an** Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

*ATTENTION MADRID PROTOCOL REGISTRANTS: The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.



**LANE POWELL**
ATTORNEYS & COUNSELORS

PRIYA SINHA CLOUTIER
206.223.7022
cloutierp@lanepowell.com

October 22, 2013

General Counsel
True Fabrications, Inc.
14 S. Idaho St.
Seattle, WA 98134

Re:   Cease and Desist Use of "Colossal" Trademark

Dear Counsel:

We are writing on behalf of ICI USA, LLC d/b/a Tovolo ("ICI"). ICI is the proprietor of the registered trademark Colossal®, used in connection with the company's ice molds. *See* Exhibit A.

It has come to our attention that your company, True Fabrications, Inc. (True Fabrications), is using our client's mark in connection with an ice cube tray produced by True Fabrications. We have attached an example of True Fabrications, Inc.'s use of the trademark as Exhibit B. Your use of the Colossal® trademark results in a likelihood of confusion with our client's mark and comprises trademark infringement in violation of 15 USC §§1114 and 1125(a) *et. seq.*

ICI demands that True Fabrications take all of the following steps to abate this infringement:

1. Immediately cease and desist use of Colossal®, or any confusing variations thereof;

2. Pay all attorneys' fees incurred by ICI in settling this matter;

3. Deliver-up for destruction all material to which the Colossal® trademark has been applied;

4. Withdraw, cancel, and/or delete any trademark applications and/or trademark registrations for or including the Colossal® mark;

5. Undertake, in writing, to never in the future to make use of the Colossal® mark without prior written authority from ICI;

EXHIBIT 2
PAGE 1

www.lanepowell.com
T. 206.223.7000
F. 206.223.7107

A PROFESSIONAL CORPORATION
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402

LAW OFFICES
ANCHORAGE, AK . PORTLAND, OR
SEATTLE, WA . LONDON, ENGLAND

General Counsel
October 22, 2013
Page 2

    6. Inform ICI as to the following:

- The date that True Fabrications started using the Colossal® mark;
- The number of ice cube trays that True Fabrications has produced using the Colossal® mark;
- The name of any retailer who is currently stocked with or was supplied with the ice cube trays bearing the Colossal® mark; and
- True Fabrications' plan to recall all ice cube trays using the Colossal® mark.

At your earliest convenience, but no later than November 4, 2013, please provide us with the information requested above, an executed declaration certifying that True Fabrications has provided us with the requested information and its plan to cease and desist from using the Colossal® mark, and $3,500.00 in attorney's fees and cost. We have attached a declaration for your convenience.

Thank you for your time and attention to this matter. We look forward to an efficient and amicable resolution. Please note that this is written without prejudice to our client's rights, all of which are hereby expressly reserved.

                                    Very truly yours,

                                    LANE POWELL PC

                                    Priya Sinha Cloutier

Attachments

127383.0019/5819706.2

EXHIBIT 1
PAGE 2