# United States District Court
for the
Western District of Washington

ICI USA, L.L.C. d/b/a TOVOLO, a Washington limited liability corporation, )
)
)
*Plaintiff* )
)
v. )
)
)
) Civil Action No. __13-cv-2041 BAT__
)
)
TRUE FABRICATIONS, INC., a Washington corporation, )
)
)
)
*Defendant*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
True Fabrications, Inc.
600 Stewart Street, #1200
Seattle, WA  98101

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it) - or __60__ days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Julianne R. Davis, WSBA No. 15180
Priya Cloutier, WSBA No. 37407
Lane Powell PC
601 SW Second Avenue, Suite 2100
Portland, OR 97204
Telephone: 503.778.2100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

s/ Paula McNabb
*Signature of Clerk or Deputy Clerk*

Date: __11/14/2013__

AO440WAWD (Revised 10/11) Summons in a Civil Action (Page 2)

PROOF OF SERVICE
*This section should not be filed with the court unless required by* Fed.. R. Civ. P. 4(l)

This summons for (*name of individual and title, if any*) _____

was received by me on *(date)* _____ .

☐ I personally served the summons and complaint on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons and complaint at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons and complaint on *(name of individual)* _____
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ or

☐ I returned the summons unexecuted because _____ or

☐ Other *(specify)*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc.