THE HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ICI USA, L.L.C. d/b/a TOVOLO, a Washington limited liability corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRUE FABRICATIONS, INC., a Washington corporation,<br><br>Defendant. | Case No. 2:13-cv-02041-BAT<br><br>**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** |

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT - 1

**LANE POWELL PC**
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100  FAX: 503.778.2200

127383.0019/5876015.1

1 | Pursuant to Fed. R. Civ. P. Rule 7.1 (a) the undersigned counsel of record for plaintiff, ICI USA, L.L.C., certifies that there is no parent corporation nor any publicly held corporation holding more than 10% of plaintiff's stock.

DATED:  November 14, 2013

LANE POWELL PC

By  /s/ Julianne R. Davis
Julianne R. Davis, WSBA No. 15180
davisj@lanepowell.com
601 SW Second Avenue, Suite 2100
Portland, OR 97204
Telephone: (503) 778-2100
Facsimile: (503) 778-2200

By  /s/ Priya S. Cloutier
Priya S. Cloutier, WSBA No. 37407
cloutierps@lanepowell.com
1420 Fifth Avenue, Suite 4200
PO Box 91302
Seattle, WA 91302
Telephone: (206) 223-7000
Facsimile: (206) 223-7107

Attorneys for Plaintiff ICI USA, L.L.C. d/b/a Tovolo

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT - 2

LANE POWELL PC
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100  FAX: 503.778.2200

127383.0019/5876015.1