THE HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ICI USA, L.L.C. d/b/a TOVOLO, a Washington limited liability corporation,<br><br>                          Plaintiffs,<br><br>v.<br><br>TRUE FABRICATIONS, INC., a Washington corporation,<br><br>                          Defendants. | Case No. 13-cv-2041 BAT<br><br>AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT |

STATE OF WASHINGTON )
                            ) ss.
COUNTY OF KING       )

The undersigned, being first duly sworn, on oath states:

That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Washington, over the age of 18 years, not a party to or interesting in the above entitled action, and am competent to be a witness therein.

That at _4:12 Pm_ a.m/p.m. on the _14th_ day of August 2013, at _145, Idaho St,_ Seattle, WA _98134_, I duly served the above described documents in the above-entitled matter upon True Fabrications Inc. by then and there personally delivering a true and correct copy thereof by leaving the same with _DHRUV AGARWAL_ duly authorized

AFFIDAVIT OF SERVICE - 1 OF 2

agent: Served To DHRUV AGARWAL DARK E. INDIAN MALE Early 30s THIN 5'9 Dark Curly Hair (fall) no Glasses

By: __Dean Lawson__
Process Server
Printed Name: __Dean Lawson__
(Owner Zen Couriers)

SUBSCRIBED AND SWORN to before me this 14th day of November, 2013.

__Sabrina Koskinen__
NOTARY PUBLIC In and for the
State of Washington
Residing in __King__ County
My commission expires on: __07/07/17__
Printed Name: __SABRINA KOSKINEN__

AFFIDAVIT OF SERVICE - 2 OF 2