THE HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ICI USA, L.L.C. d/b/a TOVOLO, a Washington limited liability corporation,<br><br>         Plaintiffs,<br><br>  v.<br><br>TRUE FABRICATIONS, INC., a Washington corporation,<br><br>         Defendants. | Case No. 13-cv-2041 BAT<br><br>AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT |

STATE OF WASHINGTON )
          ) ss.
COUNTY OF KING   )

The undersigned, being first duly sworn, on oath states:

That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Washington, over the age of 18 years, not a party to or interesting in the above entitled action, and am competent to be a witness therein.

That at 5:33 a.m/p.m on the 14th day of ~~August~~ November 2013, at 1752 NW Market St. #213, Seattle, WA 98197, I duly served the above described documents in the above-entitled matter upon True Fabrications Inc. by then and there personally delivering a true and correct copy thereof by leaving the same with Madhu Singh, or duly authorized

AFFIDAVIT OF SERVICE - 1 OF 2

ratio

agent: _SERVED AND SIGNED FOR BY MADHU SINGH: FEMALE, EAST INDIAN, APPROX. LATE 30'S, WORE GLASSES, STOOD AROUND 5'6"_

_____.

By: _____
Process Server
Printed Name: ELLIOT THORDARSON
LIC # 1016020

SUBSCRIBED AND SWORN to before me this 14th day of November, 2013.

_Sabrina Koskinen_

NOTARY PUBLIC In and for the
State of Washington
Residing in _King_ County
My commission expires on: _07/07/17_
Printed Name: _SABRINA KOSKINEN_

AFFIDAVIT OF SERVICE - 2 OF 2